IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RONALD KIMBLE and BRENDA SUE KIMBLE     PLAINTIFFS

V.                          CAUSE NUMBER: 1:14CV217-SA-DAS

LINDA SCHUBERT, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY
and DOES 1-10                            DEFENDANTS

## AGREED ORDER OF PARTIAL DISMISSAL AND REMAND

Upon consideration of the parties *Agreed Motion for Partial Dismissal*, it is hereby ORDERED that Plaintiffs' Complaint and all its claims be and is hereby DISMISSED, with prejudice, as to the Defendant, State Farm Mutual Automobile Insurance Company. Plaintiffs' Complaint as to Defendant, Linda Schubert, shall not be affected by the dismissal of State Farm.

As both remaining parties are citizens of the State of Mississippi, it is hereby further ORDERED that Plaintiffs' Complaint as to Defendant, Linda Schubert, be and is REMANDED to the Circuit Court of Oktibbeha County, Mississippi.

SO ORDERED, this the 18th day of December, 2014.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE